UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LILIA MORCHIK : NOT FOR PUBLICATION
:
               Plaintiff, : ORDER
v. : 06-CV-2946 (CBA) (LB)
:
:
UNITED STATES OF AMERICA, :
:
               Defendant. :
:
-----------------------------------------------------------X

AMON, UNITED STATES DISTRICT JUDGE.

This Court has received the Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated August 28, 2007, recommending that this Court grant the government's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) because the Court lacks subject matter jurisdiction over the plaintiff's claim. Because no party has objected, the Court hereby adopts the Report and Recommendation of August 28, 2007 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and dismiss the case.

       SO ORDERED.

Dated:      Brooklyn, New York
             September 14, 2007

                                      s/Hon. Carol B. Amon
                                      Carol Bagley Amon
                                      United States District Judge